UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELDRIDGE E. BRAVO, JR. and
GEORGE A. KNUTSSON,

    Plaintiffs,

v.                                  Case No.  8:07-cv-1246-T-30MAP

HONIGMAN MILLER SCHWARTZ AND
COHN LLP, a foreign limited liability
partnership,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #22).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1246.dismissal 22.wpd